U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 2 6 2015

TONY R. MOORE, CLERK
BY _____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALAN WOOLEY | DOCKET NO. 15-CV-567; SEC. P |
| VERSUS | JUDGE TRIMBLE |
| CHARLES PATTERSON, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED AND DISMISSED** pursuant to §1915(e)(2)(b) and §1915A, except Plaintiff's medical care claim against Willie Vasquez and Cornell Dean.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 26th day of August, 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE