

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALAN CHARLES WOOLEY | CIVIL ACTION NO. 1:15-CV-00567 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| CHARLIE PATTERSON, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Defendants' motion to dismiss (Doc. 44) is GRANTED IN PART and Wooley's action against Willie Vasquez is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Defendants' motion to dismiss (Doc. 44) is GRANTED IN PART and Wooley's action against Cornell Dean is DISMISSED WITHOUT PREJUDICE for lack of exhaustion.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 14th day of April, 2016.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE